# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

December 14, 2007

*Before*

**Hon.** RICHARD A. POSNER, *Circuit Judge*

| | |
|---|---|
| JAMES T. SULLIVAN, not individually, but as a Trustee of the Technical Engineering Division Pension Fund, Local 130 U.A., The Technical Engineering Division Welfare Fund, Local 130, U.A. and Trust Fund for Education, Technical Engineering Division Local 130, U.A., LOCAL 130 TECHNICAL ENGINEERING DIVISION INDUSTRY FUND, U.A., CHICAGOLAND CONSTRUCTION SAFETY COUNCIL et al., Plaintiffs-Appellants, | Appeals from the United States District Court for the Northern District of Illinois, Eastern Division. <br><br> No. 04 C 2736 <br><br> Samuel Der-Yeghiayan, Judge. |
| Nos. 06-1581 and 06-2994  v. | |
| WILLIAM A. RANDOLPH, INC., Defendant-Appellee. | |

Upon consideration of the **APPELLANT'S MOTION TO CORRECT OPINION DATED OCTOBER 5, 2007**, filed on December 7, 2007, by counsel for the appellants,

**IT IS ORDERED** that the motion is **GRANTED.** The following sentence on page 7 of the slip opinion:

> ERISA authorizes the award of reasonable attorney's fee to the prevailing party. 29 U.S.C. § 1132(g)(2).

shall be **AMENDED** to read:

> ERISA authorizes the award of reasonable attorney's fee to the prevailing party. 29 U.S.C. § 1132(g)(1).